# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDRE A. BRELAND,

   Plaintiff,

 v.            3:15-cv-138-RCJ-WGC

MICHAEL BOBADILLA et al.,   **ORDER**

   Defendants.

## I. DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*. (ECF No. 1, 1-1). The Court dismisses this case with prejudice. Plaintiff admits that he filed another complaint alleging the same facts as the instant complaint in *Breland v. Jenkins*, 3:14-cv-664-RCJ-VPC and that he is awaiting disposition in that case. (*See* ECF No. 1-1 at 9). To the extent that Plaintiff is attempting to raise different claims in this complaint based on the same factual allegations alleged in the 3:14-cv-664-RCJ-VPC complaint, Plaintiff may not initiate a completely new lawsuit. Instead, Plaintiff must amend his pleading in the 3:14-cv-664-RCJ-VPC case. *See* Fed. R. Civ. P. 15(a).

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall file the complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that the complaint is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED that Plaintiff shall file any change of claims with respect to the set of factual allegations alleged in this case's complaint (ECF No. 1-1) in an amended complaint in case 3:14-cv-664-RCJ-VPC.

IT IS FURTHER ORDERED that Plaintiff shall not file any more documents in this case.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

Dated this 25th day of June, 2015.

_____
United States District Judge